# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**V.**<br><br>**PATRICK TIMOTHY MCGUIRE** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release) |

| | |
|---|---|
| Case Number: | **CR 11-3030-4-MWB** |
| USM Number: | **11698-029** |

**Robert Tiefenthaler**
Defendant's Attorney

### THE DEFENDANT:

■ admitted guilt to violation(s)     **1a-b, 2, and 3a-b**     of the term of supervision.

□ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1a-b | **Use of Controlled Substance** | **May 3, 2015** |
| 2 | **Association with Persons Engaged in Criminal Activity** | **May 3, 2015** |
| 3a-b | **Failure to Comply with RRC Rules** | **May 3, 2015** |

The defendant is sentenced as provided in pages 2 through _____**3**_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

□ The defendant was not found in violation of _____ and is discharged as to such violation(s).

■ The Court did not make a finding regarding violation(s) _____**4**_____ .

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**May 5, 2015**
Date of Imposition of Judgment

*Mark W. Bennett*
Signature of Judge

**Mark W. Bennett, U.S. District Judge**
Name and Title of Judge

*5/5/15*
Date

DEFENDANT:        **PATRICK TIMOTHY MCGUIRE**
CASE NUMBER:      **CR 11-3030-4-MWB**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :       **12 months.**

☐  The court makes the following recommendations to the Bureau of Prisons:

■  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐  a.m.  ☐  p.m.    on  _____  .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2:00 p.m. on  _____  .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page    3    of    3

DEFENDANT:      **PATRICK TIMOTHY MCGUIRE**
CASE NUMBER:    **CR 11-3030-4-MWB**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :    **No Term of Supervised Release shall be reimposed.**